UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAVOHNNA BRISCO,

                Plaintiff,

    -against-

BREADROLL, LLC, et al.,

                Defendants.

**ORDER**

18 Civ. 11650 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On January 14, 2020, defense counsel moved to withdraw as counsel for defendant Elshamma McNeal. (Dkt. No. 53, 54) The Court will address counsel's application at a conference on **January 23, 2020 at 10:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Mr. McNeal must personally appear at the conference. Defense counsel is directed to serve Mr. McNeal with this Order and the papers supporting its motion (Dkt. Nos. 53, 54) forthwith. Proof of service should be filed on the docket.

Dated: New York, New York
        January 20, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge