UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAVOHNNA BRISCO,

                    Plaintiff,

            -against-

BREADROLL, LLC, et al.,

                    Defendants.

**ORDER**

18 Civ. 11650 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On January 14, 2020, defense counsel moved to withdraw as counsel for defendant Elshamma McNeal. (Dkt. No. 53, 54) By Order dated January 21, 2020 (Dkt. No. 56), the Court scheduled a conference to address that application on January 23, 2020. By letter dated January 22, 2020 (Dkt. No. 57), Defendants have sought an adjournment, and Plaintiff consents to that request. Accordingly, the January 23, 2020 conference is adjourned to **February 13, 2020** at **10:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Mr. McNeal must personally appear at the conference. Defense counsel is directed to supply Mr. McNeal with a copy of this Order.

The Court will address any other outstanding matters – including Defendants' request for an extension of the fact discovery deadline (Dkt. No. 55) – at the February 13, 2020 conference. Accordingly, the February 6, 2020 status conference, which was scheduled in December 2019 (Dkt. No. 51), is adjourned <u>sine die</u>.

The Clerk of Court is directed to terminate Dkt. No. 57.

Dated: New York, New York
January 22, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge