UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAVOHNNA BRISCO,

                      Plaintiff,

           -against-

BREADROLL, LLC, et al.,

                      Defendants.

**ORDER**

18 Civ. 11650 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at the February 13, 2020 conference, the fact discovery deadline is extended to **April 15, 2020**. Any pre-motion letter concerning a dispositive motion is to be filed by **April 17, 2020**. The Clerk of Court is directed to terminate Dkt. No. 55.

Dated:  New York, New York
         February 21, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge