

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: June 23, 2020

June 22, 2020

**VIA ECF**

The Honorable Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**Re:**   *Brisco v. Breadroll, LLC*, No. 1:18-cv-11650-PGG

Dear Judge Gardephe:

We currently represent Breadroll, LLC and Claudio Tarallo in this matter. We write to provide the Court with a second update on this matter and request that Defendants' deadline to file a pre-motion letter be extended from June 22, 2020 until July 6, 2020. This is Defendants' second request for such extension and Plaintiff consents to this request.

Since providing the Court with its last update, the Parties' attorneys have agreed to terms for settlement. Before the Settlement Agreement can be executed, attorneys for Defendants need to seek final approval from their clients. Extending the deadline to file the pre-motion letter will allow for the proper execution of the Settlment Agreement while ensuring that Defendants reserve the right to file a pre-motion letter.

We thank the Court for its time in addressing this matter.

Respectfully submitted,

*s/Christine Hogan*

Christine L. Hogan